Kenneth WHITE, Plaintiff-Appellant,

v.

EXPERIAN CONSUMER FRAUD ASSISTANCE; Trans Union Consumer; Equifax Customer Accounts; Huntington Mtg Company, Defendants-Appellees.

No. 16-7158

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 21, 2016

Kenneth White, Appellant Pro Se. Joseph N. Parsons, Jones Day, Pittsburgh, Pennsylvania; William R. Brown, Robert J. Schuckit, Schuckit & Associates PC, Zionsville, Indiana; Vincent M. Roskovensky, Clark Hill PLC, Pittsburgh, Pennsylvania; John Joseph Meadows, Steptoe & Johnson, PLLC, Charleston, West Virginia, for Appellees.

Before MOTZ, KING, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth White appeals the district court's orders dismissing his complaint for

failure to state a claim and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Experian Consumer Fraud, No. 1:16-cv-00049-JPB-MJA (N.D. W. Va. Aug. 15, 2016). We also deny White's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED